# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

J. CABATO, an individual,

                Plaintiff,

vs.

FEDERAL EXPRESS CORPORATION; and DOES 1 through 50, inclusive,

                Defendant.

**Case No. 4:25-cv-02688-JST**

Assigned for all Purposes to the Honorable Judge Jon S. Tigar

**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FRCP 41**

Complaint Filed: February 4, 2025
Trial Date:      July 13, 2026

    Pursuant to the Stipulation to Dismiss filed by the parties herein, the Court hereby orders the action dismissed in its entirety, with prejudice, each side to bear their own costs and attorney's fees.

    SO ORDERED.

DATED: February 12, 2026    By: _____

                              HON. JON S. TIGAR
                              UNITED STATES DISTRICT JUDGE

2093858 (318132)

1

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 1100
IRVINE, CA 92614